UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

JEFFREY LAVIOLETTE,

                    Defendant.

Case No. MJ13-180

**DETENTION ORDER**

Offenses charged:

        Conspiracy to Distribute MDMA (Ecstacy) and Possession of MDMA (Ecstacy) with

Intent to Distribute.

Date of Detention Hearing:  April 3, 2013.

        The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f),

and based upon the factual findings and statement of reasons for detention hereafter set forth,

finds that no condition or combination of conditions which the defendant can meet will

reasonably assure the appearance of the defendant as required and the safety of any other person

and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

        The Court received no information about defendant's ties to the community, health,

DETENTION ORDER - 1

1  employment, financial status or drug and alcohol use.  Defendant is not a citizen and there is a

2  immigration detainer lodged against him.  Defendant has robbery convictions in his home

3  country and there are pending active warrants for his arrest on those matters.  Defendant

4  stipulated to detention and offered no grounds for release.

5        It is therefore **ORDERED**:

6        (1)    Defendant shall be detained pending trial and committed to the custody of the

7  Attorney General for confinement in a correctional facility separate, to the extent practicable,

8  from persons awaiting or serving sentences, or being held in custody pending appeal;

9        (2)    Defendant shall be afforded reasonable opportunity for private consultation with

10  counsel;

11        (3)    On order of a court of the United States or on request of an attorney for the

12  Government, the person in charge of the correctional facility in which Defendant is confined

13  shall deliver the defendant to a United States Marshal for the purpose of an appearance in

14  connection with a court proceeding; and

15        (4)    The Clerk shall direct copies of this order to counsel for the United States, to

16  counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

17  Officer.

18        DATED this 3rd day of April, 2013.

19

20                    _____

21                    BRIAN A. TSUCHIDA
                   United States Magistrate Judge

22

23

DETENTION ORDER - 2